# United States Court of Appeals
## For the First Circuit

---

No. 06-2364

RAMÓN SANTIAGO GUERRERO-SANTANA,

Petitioner,

v.

ALBERTO R. GONZALEZ, ATTORNEY GENERAL,

Respondent.

---

ERRATA SHEET

The opinion of this Court issued on August 17,2007 is corrected as follows:

On pg. 8, footnote 1, l.2 change May 15, 2005 to

May 17, 2005